DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL S. MALLOR,**
Appellant,

v.

**JP MORGAN CHASE,** Successor In Interest To **EMC MORTGAGE CORPORATION,**
Appellee.

No. 4D17-3392

[March 8, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Patti Englander Henning and Joel T. Lazarus, Judges; L.T. Case No. 98-011056 CACE (11).

Michael S. Mallor, Spring Hill, pro se.

Kristie Hatcher-Bolin of GrayRobinson, P.A., Lakeland, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***